**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
OCT 28 2026
FILED

| | | |
|---|---|---|
| SHERWIN S. PERKINS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 126-258 |
| | * | |
| MS. MOSS, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

The above captioned case was opened in the Augusta Division of the Southern District of Georgia, even though the events forming the basis of the claims occurred in Johnson County, which lies within the Dublin Division. (See doc. 1.) Accordingly, the case is hereby **TRANSFERRED** to the Dublin Division.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA